**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

Suzanne Heckman et al,
    Plaintiff,

Case Number 3:07-cv-00013-RRB

v.

United States of America,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT: Judgment shall enter if favor of Defendant, with Plaintiffs taking nothing by way of their complaint.

APPROVED:

   s/Ralph R. Beistline

United States District Judge

_____
Date: February 25, 2009

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[7-13 basic judgment.wpd]{JMT2.WPT*Rev.3/03}